MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14 0641 WHA |
|---|---|---|
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICATION SPEEDY TRIAL ACT CALCULATION |
| Irisha Smith, | ) |  |
|     Defendant. | ) |  |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on February 10, 2015 at 2:00 p.m. for an initial appearance.  Ms. Smith was present and represented by Assistant Federal Defender Candis Mitchell.  Assistant United States Attorney Sarah Hawkins appeared for the Government.  The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the Government.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled a status hearing for March 3, 2015 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to March 3, 2015

at 2:00 p.m. for a status conference, and respectfully submit and agree that the period from February 10, 2015 through and including March 3, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow defense counsel to review the discovery provided by the Government and conduct necessary investigation.

       IT IS SO STIPULATED.

DATED: February 10, 2015         MELINDA HAAG
United States Attorney

                                                     /s/
SARAH HAWKINS
Assistant United States Attorney

DATED: February 10, 2015

                                                   /s/
CANDIS MITCHELL
Counsel for the Defendant

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from February 10, 2015 through and including March 3, 2015 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on March 3, 2015 at 2:00 p.m. for further status conference.

2. The period from February 10, 2015 through and including March 3, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: February 17, 2015.

_____
HON. WILLIAM H. ALSUP
United States District Judge