STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant Irisha Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: CR 14-00641 WHA |
| Plaintiff, | |
| v. | **Joint Stipulation Continuing Sentencing Hearing Date; [Proposed] Order** |
| **Irisha Smith,** | |
| Defendant. | **Date:   June 30, 2015**<br>**Time:   2:00 p.m.** |
| | **Proposed Date: September ~~15~~ 29, 2015** |

     Defendant Irisha Smith is currently set for sentencing hearing on June 30, 2015. While on pre-trial release, Ms. Smith has been taking courses at Five Keys Charter School to complete her high school diploma. Ms. Smith has been diligently attending classes and has less than half of the credits remaining to be completed. As her charge provides for mandatory remand upon sentencing absent extraordinary circumstances, Ms. Smith is requesting a continuance of her sentencing hearing date so that she may complete her studies prior to going into custody.

     Accordingly, counsel requests a continuance of the sentencing hearing from June 30, 2015, at 2:00 p.m., to September ~~15~~ 29, 2015, at 2:00 p.m.

//

//

Jt. Stip. Cont. Status; [~~Prop.~~] Order
*Smith*, CR 14-00641                           1

IT IS SO STIPULATED.

Dated: June 23, 2015                     s/ *Sarah Hawkins*
                                         SARAH HAWKINS
                                         Assistant United States Attorney

Dated: June 23, 2015                     s/ *Candis Mitchell*
                                         CANDIS MITCHELL
                                         Assistant Federal Public Defender
                                         Attorney for Defendant Irisha Smith

## [~~PROPOSED~~] ORDER

For the reasons stated by counsel, the Court continues the hearing date from June 30, 2015, at 2:00 p.m., to September ~~15~~ 29, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 24, 2015.                    _____
                                         **William H. Alsup**
                                         United States District Judge