United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IRISHA SMITH,

    Defendant.

No. CR 14-00641 WHA

**NOTICE RE POTENTIAL POSTPONEMENT OF SENTENCING**

    The Court is inclined to postpone sentencing in this case until **DECEMBER 15, 2015**, in order to take into account defendant's performance in her job and other aspects of rehabilitation. By **SEPTEMBER 15, 2015**, counsel for both sides shall please advise if there is any objection.

Dated: September 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE