IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IRISHA SMITH,

    Defendant.

No. CR 14-00641 WHA

**NOTICE RE POSTPONEMENT OF SENTENCING**

    Counsel for both sides have stated that they have no objection to continuing the sentencing in this case in order to take into account defendant Irisha Smith's performance in her job and other aspects of rehabilitation. The sentencing is hereby set for **DECEMBER 15, 2015, AT TWO P.M.**

    **IT IS SO ORDERED.**

Dated: September 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE