STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant Irisha Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>            Plaintiff,<br><br>v.<br><br>**Irisha Smith,**<br><br>            Defendant. | Case Number: CR 14-00641 WHA<br><br>**Joint Stipulation Continuing Sentencing Hearing Date; [~~Proposed~~] Order**<br><br>**Date:   December 15, 2015**<br>**Time:   2:00 p.m.**<br><br>**Proposed Date: February 2, 2016** |

   Defendant Irisha Smith is currently set for sentencing hearing on December 15, 2015, 2015. While on pre-trial release, Ms. Smith has been taking courses at Five Keys Charter School to complete her high school diploma. Ms. Smith has been diligently attending classes and took her last test on December 11, 2015. She is anticipating that she passed her test successfully. As her charge provides for mandatory remand upon sentencing absent extraordinary circumstances, Ms. Smith is requesting a continuance of her sentencing hearing date so that she may walk in her graduation ceremony—currently set for January 20, 2016—prior to going into custody.

   Accordingly, counsel requests a continuance of the sentencing hearing from December 15, 2015, 2015, at 2:00 p.m., to February 2, 2016, at 2:00 p.m.

//

Jt. Stip. Cont. Status; [~~Prop.~~] Order
*Smith*, CR 14-00641                              1

IT IS SO STIPULATED.

Dated: December 14, 2015          s/ *Sarah Hawkins*
                                  SARAH HAWKINS
                                  Assistant United States Attorney

Dated: December 14, 2015          s/ *Candis Mitchell*
                                  CANDIS MITCHELL
                                  Assistant Federal Public Defender
                                  Attorney for Defendant Irisha Smith

# [~~PROPOSED~~] ORDER

For the reasons stated by counsel, the Court continues the hearing date from December 15, 2015, 2015, at 2:00 p.m., to February 2, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated: December 14, 2015.

**William H. Alsup**
United States District Judge

Jt. Stip. Cont. Status; [~~Prop.~~] Order
*Smith*, CR 14-00641                    2