STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant Irisha Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>             Plaintiff,<br><br>v.<br><br>**Irisha Smith,**<br><br>             Defendant. | Case Number: CR 14-00641 WHA<br><br>**Joint Stipulation Continuing Sentencing Hearing Date; [Proposed] Order**<br><br>**Date:   February 7, 2017**<br>**Time:  2:00 p.m.**<br><br>**Proposed Date: June 20, 2017** |

   Defendant Irisha Smith is currently set for hearing on February 7, 2017. Ms. Smith is requesting a continuance of her sentencing hearing date as she is still participating in the CAP program and it is anticipated that she will not complete the program until June 2017. Accordingly, counsel requests a continuance of the sentencing hearing from February 7, 2017, at 2:00 p.m., to June 20, 2017, at 2:00 p.m.

   IT IS SO STIPULATED.

Dated:  February 6, 2017                    s/  *Sarah Hawkins*
                                            SARAH HAWKINS
                                            Assistant United States Attorney

Jt. Stip. Cont. Status; [Prop.] Order
*Smith*, CR 14-00641                    1

Dated: February 6, 2017

s/ *Candis Mitchell*
CANDIS MITCHELL
Assistant Federal Public Defender
Attorney for Defendant Irisha Smith

# [~~PROPOSED~~] ORDER

For the reasons stated by counsel, the Court continues the hearing date from February 7, 2017, at 2:00 p.m., to June 20, 2017, at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 6, 2017.

**William ~~H.~~ Alsup**
United States District Judge

Jt. Stip. Cont. Status; [~~Prop.~~] Order
*Smith*, CR 14-00641                    2