1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SARAH HAWKINS (CABN 257723)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7126
7      Fax: (415) 436-7207
       Email: Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) CASE NO. CR 14-0641 WHA |
|---|---|
| v. | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| IRISHA SMITH, | ) CONTINUING DATE OF SENTENCING |
| | ) HEARING |
| Defendant. | ) |

The Court has set June 20, 2017 at 2:00 p.m. as the date of the sentencing hearing for Defendant Irisha Smith. Given Ms. Smith's current participation in programs under the supervision of The Honorable Judge William H. Orrick, the parties are jointly requesting that the Court continue the date of the Sentencing Hearing to August 29, 2017 at 2:00 p.m.

//
//
//
//
//
//
//

STIP. AND [PROPOSED] ORDER CONTINUING DATE OF SENTENCING HEARING      1
CR 14-0641 WHA

SO STIPULATED.

DATED: June 15, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
SARAH HAWKINS
Assistant United States Attorney

DATED: June 15, 2017

_____/s/_____
CANDIS MITCHELL
Counsel for Irisha Smith

## [PROPOSED] ORDER

For the reasons stated by counsel, the Court continues the Sentencing Hearing in this matter from June 20, 2017, at 2:00 p.m., to August 29, 2017, at 2:00 p.m.

IT IS SO ORDERED.

DATED: June 16, 2017.

HON. WILLIAM ALSUP
United States District Judge